```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27372
   JOHN T JONES
   WILHELMINA COTTRELL                          CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2418     SSN XXX-XX-7726

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/23/2004 and was confirmed 09/20/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 04/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
BANK ONE                   NOTICE ONLY      NOT FILED          .00           .00
BANK ONE                   NOTICE ONLY      NOT FILED          .00           .00
GMAC MORTGAGE CORP         CURRENT MORTG         .00           .00           .00
GMAC MORTGAGE CORP         MORTGAGE ARRE     3467.15           .00       3467.15
GMAC MORTGAGE              NOTICE ONLY      NOT FILED          .00           .00
AMOCO                      UNSECURED        NOT FILED          .00           .00
ASPIRE                     UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      NOTICE ONLY      NOT FILED          .00           .00
GENERAL MOTORS ACCEPTANC   UNSECURED        NOT FILED          .00           .00
MAX RECOVERY               NOTICE ONLY      NOT FILED          .00           .00
SHERMAN ACQUISITION        UNSECURED         6405.19           .00       6405.19
RESURGENT ACQUISITION LL   NOTICE ONLY      NOT FILED          .00           .00
US BANK                    UNSECURED        NOT FILED          .00           .00
SHERMAN ACQUISITION        UNSECURED          179.55           .00        179.55
SHERMAN ACQUISITION        UNSECURED          528.95           .00        528.95
ZALUTSKY & PINSKI LTD      REIMBURSEMENT      194.00           .00        194.00
ASSOCIATES NATIOANAL BAN   UNSECURED          237.16           .00        237.16
MAX RECOVERY               UNSECURED         1052.96           .00       1052.96
GMAC MORTGAGE CORP         COST OF COLLE       97.92           .00         97.92
SHERMAN ACQUISITION        UNSECURED             .00           .00           .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                        816.21
DEBTOR REFUND              REFUND                                          28.91

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  15,708.00

PRIORITY                                           194.00
SECURED                                          3,565.07
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 27372 JOHN T JONES & WILHELMINA COTTRELL

```
UNSECURED                                              8,403.81
ADMINISTRATIVE                                         2,700.00
TRUSTEE COMPENSATION                                     816.21
DEBTOR REFUND                                             28.91
                                 ---------------   ---------------
TOTALS                                 15,708.00         15,708.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 10/04/07              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 04 B 27372 JOHN T JONES & WILHELMINA COTTRELL